DATE: 1-23-17.

United States District Court for the Southern District of Florida Miami Division.

Figueroa, Negron Edundo.
Plaintiff.

Vs.

Mary Stoll.
Defendant.

FILED by PG D.C.
JAN 26 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

cat/div 550/1983/MIA
Case # _____
Judge _____ Mag WHITE
Motn Ifp NO  Fee pd $ O
Receipt # _____

Complaint Pursuant 28 USC §1915.(a).

Mary Stoll, Manager 2818 N Nebraska Ave, Tampa Florida, 33602, Law Suit Damage Violated Amendment I

Figueroa
Figueroa
PRO SE

② 

Mary Stoll Manager 2818 N. Nebraska Ave 33602. Phone 813-924-8289. Law Suit I am demage and injustice she rented Date 1-20-17 Mary Stoll rented an apartment for one month, I gave her $425. Four hundred twenty five cash she Mary Stoll gave me a Recipt when I went to take a bath around 6 PM I was not able to because of Presure no water would come out an tidet wouldn't Flush Properly and they would take about hour to Flush again and there was People knocking on door to use bathroom when I went to tell the landlord about me leacing She wouldnt return my money at that moment I Request that a Inspector look at Permises see that this location is not Suitable for licing.

⑥

Exhaustion legal remedies

Plaintiff, Figueroa Negrón, Eduardo
to tray to solve problem.

Playe for Relief, 10,000000. millon.

I have Read the foregoing Complaint and Hereby verify that matters alleged there in are true and correct I certify under penalty of perjury that the foregoing is true and correct Pursuant to 28 U.S.C. # 1746.

us court of Appeals is for the Eleventh circuit

Certificate Service

Figueroa       vs. Mary Stoll manager.
Plaintiff               Defendants

and properly adressed to person. Named and a adressed are listed Sellow. United States District court Southern District of Florida 400 North Miami Florida 33128-7716

Figueroa
[signature]
Pro-Se

✱new
2818
3B
Top
Craigslist

No. 314017

date 1/20/17

received from Eduardo F. Negron

$425.00

amount Four hundred twenty five and 00/100 dollars

for payment of One month rent pd. $5 key dep pd $20 sheet fil too

☒ cash  ○ money order  ○ credit card  ○ check #_____

| amount due | 425 | 00 |
| amount paid | 425 | 00 |
| balance | 0 | |

from 1-20-17 to 2-19-17

signature Mrs Mary Steel

Fri Feb 20th $400.00

Figueroa Negron, Eduardo
PO Box 173494 Tampa
Florida 33672.

United States District Court
Southern District of Florida
Office of the clerk Room 8N09
400 North Miami Avenue
Miami, Florida 33128-7716.

USMS INSPECTED

